UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.M.B.,

                Plaintiff,

        -v.-

SENSIO, INC.,

                Defendant.

---

23 Civ. 05872 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025

JENNIFER H. REARDEN, District Judge:

      On August 3, 2023, the Court ordered the parties to participate in mediation through the SDNY Mediation Program. The Order directed the parties "to commence mediation promptly, and to the extent possible, by **August 24, 2023**." ECF No. 6 (emphasis in original). The docket does not reflect that the parties have done so.

      By **January 21, 2025**, the parties shall file a joint letter detailing their efforts to resolve this matter, including their participation in the required mediation.

      SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge