UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.M.B.,<br><br>                              Plaintiff,<br><br>             -v.-<br><br>SENSIO, INC.,<br><br>                              Defendant. | 23 Civ. 5872 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On August 3, 2023, the Court ordered the parties to participate in mediation through the SDNY Mediation Program. ECF No. 6. The Order directed the parties "to commence mediation promptly, and to the extent possible, by **August 24, 2023**." *Id.* (emphasis in original). As of January 14, 2025, the docket did not reflect any participation in mediation, and the Court ordered the parties to "file a joint letter detailing their efforts to resolve this matter, including their participation in the required mediation." ECF No. 17. On January 17, 2025, the parties filed a joint letter noting that Defendant Sensio, Inc. "ha[d] obtained new counsel that [wa]s to be substituted in the stead of Wilson Elser" and was "awaiting the receipt of the substitutions from incoming counsel." ECF No. 18.

On January 31, 2025, Defendant filed a proposed stipulation and order for substitution of counsel, ECF No. 19, which the Court denied without prejudice to renewal on February 4, 2025 because "[t]he application d[id] not include 'a showing by affidavit or otherwise . . . whether or not the [withdrawing] attorney [wa]s asserting a retaining or charging lien,'" ECF No. 20 (third and fourth alterations in original) (quoting L.R. 1.4). Defendant has not renewed its application to substitute counsel, and the docket still does not reflect that the parties have "commence[d] mediation." ECF No. 6.

By **July 14, 2025**, the parties shall file a joint letter updating the Court on the status of this matter and their efforts to resolve it, including through mediation.

SO ORDERED.

Dated: July 7, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge