UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J.M.B.,

                                Plaintiff,                             23 Civ. No. 5872 (JHR) (GS)

        -against-

SENSIO, INC.,                                              **VIDEO STATUS<br>CONFERENCE ORDER**

                                Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, August 14, 2025 at 12:00 p.m.** to discuss the issues raised in the parties' July 14, 2025 joint status letter (Dkt. No. 26) as well as next steps in the litigation of this action. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [282 276 925 239 8]  Passcode: [7eK7Ne79]**

      SO ORDERED.

DATED:    New York, New York
               July 17, 2025

                                                                _____
                                                                The Honorable Gary Stein
                                                                United States Magistrate Judge