# COLELLA | ZEFUTIE LLC

www.czlaw.com

John J. Zefutie, Jr.
Office Managing Partner
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: jzefutie@czlaw.com

*Via ECF*                                                                                      October 30, 2025

Hon. Gary Stein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: **J.M.B., a minor, through his mother Elizabeth Blair v. Sensio, Inc.**
       **Civ. Action No. 1:23-cv-5872**

Dear Judge Stein:

  Pursuant to Paragraph 16 of the Case Management Order in the above-referenced matter (D.E. 32), the parties respectfully submit this Joint Status Letter. Defendants timely served interrogatories and document requests, and Plaintiff provided written responses. In addition, Defendant has produced documents in many other pressure cooker cases, and Plaintiff has access to that production for purposes of this case.

  Plaintiff previously written discovery requests on prior defense counsel and is relying on those responses. The parties anticipate they will be able to complete fact witness depositions by the current discovery end date of January 16, 2025. They are currently working to schedule a date for the Plaintiff's parents and do not anticipate any further fact discovery (other than perhaps treating physicians) following the completion of those depositions.

  We thank the Court for its time and consideration of this matter.

                   Respectfully submitted,

JOHNSON BECKER PLLC       COLELLA ZEFUTIE LLC

s/ *Adam J. Kress*          s/ *John J. Zefutie, Jr.*
Adam J. Kress (admitted pro hac vice)  John J. Zefutie, Jr.
Attorneys for Plaintiff        Ugo Colella (*pro hac vice*)
Justin Douglas           Attorneys for Defendant
                   Sensio, Inc.